AUSA: Stephen Carr  Telephone: (313) 226-9100
Task Force Officer: Joseph Scott, FBI  Telephone: (313) 965-2323
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Braylon Marshall

Case: 2:25-mj-30592
Assigned To : Unassigned
Assign. Date : 9/18/2025
Description: USA V SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(b) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Joseph Scott, Task Force Officer, FBI
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 19, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## Affidavit in Support of Criminal Complaint

I, Joseph Scott, being first duly sworn, state as follows:

### Introduction and Agent Background

1. I am a Task Force Officer with the Federal Bureau of Investigation. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses, the use of cellular devices to commit those offenses, and the available technology that can be used by law enforcement to assist in identifying the users of cellular devices and their location.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience.

3. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that

I believe are necessary to establish probable cause that Braylon Marshall violated 18 U.S.C. § 2113 (Bank Robbery).

## Executive Summary

4.  The FBI is investigating a robbery of an ATM owned and operated by Financial Institution-1, a federally insured credit union with branches in the Eastern District of Michigan and elsewhere. The four robbers used hooks and chains attached to a stolen F-350 pickup truck to rip open the front of the ATM. Once the ATM was forced open, the robbers took approximately $138,000 in U.S. currency. Financial Institution-1 estimated the damage to its ATM at $80,263.

5.  During the investigation, agents and officers have reviewed surveillance video from various locations. Based on the review of those videos, I believe that there are at least 4 robbers. Two of the robbers have been identified, Marshall and Suspect-1. Both Marshall and Suspect-1 live in the Houston, Texas area. The FBI has also learned of several other bank robberies, in the Eastern District of Michigan and elsewhere, that follow a similar pattern and that also involved suspects residing in the Houston area.

## Probable Cause

6. On September 27, 2024, at approximately 4:00am, a stolen silver F-350 pickup truck and silver Nissan Rogue rented from Texas arrived in Financial Institution-1's parking lot.

7. Marshall got out of the back seat of the four-door F-350 wearing a mask, gloves, and distinct leggings and shoes that he had been seen wearing earlier in the night.

8. Marshall used a crowbar to pry open the front of the ATM then, along with a co-conspirator, attached hooks and chains to the ATM to break out the drawers of cash inside. Marshall then got into the driver's seat of the F-350 and floored it, tearing off the front of the ATM.

9. Marshall and the other robbers removed approximately $138,000 from the drawers of the ATM. The estimated damage cost to the ATM is approximately $80,263.

10. Marshall then met up with Suspect-1 near the scene of the robbery, abandoned the F-350, and headed back to their hotel in the Nissan that Suspect-1 had rented in Texas.

11. The F-350 belonged to an auto dealer located in Roseville, Michigan and had been stolen earlier in the day. CCTV footage of the

theft showed Suspect-1's Nissan arrived near the dealership around 1:45am and began to canvass the area. Marshall canvassed the auto dealer and another co-conspirator attached a new license plate to the F-350 then broke into driver's door of the F-350 and drove off around 1am.

12. License plate readers showed that the stolen F-350 and Suspect-1's Nissan then traveled together to the ATM at Financial Institution-1 where the bank theft occurred.

**Identifying Marshall**

13. Using records related to Suspect-1's rental of the Nissan, law enforcement learned that Suspect-1 had traveled from Houston to the Eastern District of Michigan a few days before the robbery and stayed at a hotel in Farmington Hills, Michigan before checking out the day after the robbery.

14. Marshall was a registered guest at the hotel on the same days and provided his name to the hotel and an address in Houston. Surveillance footage confirmed that Marshall had checked into the hotel a few days before the robbery and then checked out the day after the robbery.



*Marshall Checking into Hotel on September 21*

15. Law enforcement also identified a cell phone, ending in -7575, that was in the area of the ATM robbery and car theft.

16. Although the device did not have a named subscriber, records from the -7575 number show that the device spent most of its time near the Houston address that Marshall gave to the hotel.

17. On September 19, the device traveled to Michigan where it was present at the hotel, the theft of the F-350, and the ATM robbery. The device then returned to the Houston address given by Marshall a few days later. I know based on training and experience that cell phone users regularly keep their devices on them or in close vicinity, such that the

5

phone likely belonged to Marshall.

18. Marshall wore distinctive clothing just before and during the theft of the F-350 and the ATM robbery—shorts with mid-calf leggings and shoes with a unique black and white pattern.



*Marshall at Hotel an Hour Before the ATM Robbery*



*Marshall Stealing F-350 in Leggings*

6



*Marshall Getting out of F-350 During ATM Robbery*

## Spending the Stolen Funds

19. Following the ATM theft, Marshall's phone traveled to a mall in the Eastern District of Michigan where Marshall, Suspect-1, and the two other suspects made large cash purchases of luxury items.

20. The cell phone data, license plate readers, and surveillance video from the mall show Marshall, Suspect-1, and the others arrived in Suspect-1's Nissan around 11am and left the mall at approximately 5:00

7

pm. The suspects purchased items from various stores, including high-end retail stores, walking out with multiple bags of merchandise they paid for in cash.



*Marshall (center) with Suspect-1 (right) Carrying Shopping Bags*

## Criminal History

21. Marshall has an extensive criminal history including felony convictions for felonious assault in Texas in 2015 and felon in possession

8

of a firearm in Texas in 2023.

## Conclusion

22. Based on the above, probable cause exists to believe that Marshall committed bank robbery, in violation of 18 U.S.C. § 2113(b).

Respectfully submitted,

_____
Joseph Scott, Task Force Officer
FBI Detroit – VCTF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date: ___September 19, 2025___