UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                          Criminal No. 25-CR-20869

v.                              Hon. Susan K. DeClercq

D-1 Braylon Lionell Marshall,

    Defendant.
_____/

## MOTION TO UNSEAL THE BOND VIOLATION AND ARREST WARRANT

The United States of America requests the court to unseal the Bond Violation, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee.

                                  Respectfully submitted,

                                  Jerome F. Gorgon Jr.
                                  United States Attorney

                                  *s/Stephen Carr*
                                  Stephen Carr P83623
                                  Assistant United States Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, MI 48226
                                  Stephen.Carr@usdoj.gov
                                  (313) 226-9721

Dated: March 11, 2026