UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRAYLON MARSHALL,

      Defendant.

_____/

Case No. 2:25-cr-20869

Honorable Susan K. DeClercq
United States District Judge

### ORDER GRANTING GOVERNMENT'S MOTION TO PRODUCE DEFENDANT'S LOCATION MONITORING DATA (ECF No. 74) AND AUTHORIZING PRODUCTION OF DEFENDANT'S LOCATION MONITORING DATA

This matter is before the Court on the Government's motion to produce Defendant's location monitoring data. As explained below, the Government's motion will be granted and the United States Pretrial Services Office for the Southern District of Texas (SDTX) will be directed to produce Defendant's location monitoring data to the Government, which will then share it with the Houston Police Department.

### I. BACKGROUND

In November 2025, Defendant Braylon Marshall was indicted for conspiracy to commit theft and credit union theft. ECF No. 17. Pending trial, he was released on bond with a GPS monitor. ECF No. 27. Because he lived in Houston, Texas, he

was supervised by the United States Pretrial Services Office for the Southern District of Texas (SDTX).

While on pretrial release, Marshall was arrested for assaulting his pregnant girlfriend over the course of two days. ECF No. 60-1. The state of Texas alleges that these assaults occurred at two specific addresses in Houston. *Id*. This Court held a hearing on Marshall's bond violation and revoked his bond based on the incident.

As part of their investigation into this alleged assault, the Houston Police Department has requested Marshall's GPS location data, which is in the custody of pretrial services in SDTX. ECF No. 74 at PageID.388. Accordingly, the Government has filed a motion requesting that this Court require U. S. Pretrial Services in SDTX produce the location data to the United States Attorney's Office for the Eastern District of Michigan, which will then share it with the Houston Police Department. *Id*. at PageID.393. Defendant did not respond to the motion.

## II. LEGAL STANDARD

An exception to the confidentiality of pretrial services information is when information is needed for "law enforcement agencies for law enforcement purposes." 18 U.S.C. § 3151(c)(2)(E). Thus, courts may order the disclosure of information relating to the "investigation of a crime committed in the course of obtaining or maintaining pretrial release." *See Guide to Judiciary Policy*, Vol. 8A,

Ch. 2, (Rev. Sept. 23, 2019), *available at* https://www.uscourts.gov/file/27373/downlo
ad.

### III. DISCUSSION

Here, the information sought is directly relevant to the Houston Police Department's criminal investigation as it will show Marshall's location, and it is limited to only the days of the alleged assault. It is also not prejudicial to Marshall, as he was aware that his location was being monitored, and the computer-generated location data is not sensitive, personally identifiable information. *See United States v. Lockwood*, Case No. 16-20008 (E.D. Mich. May 23, 2016) (noting that location information is computer generated). Accordingly, the Government's motion will be granted.

### IV. CONCLUSION

Accordingly, it is **ORDERED** that the Government's Motion to Produce Defendant's Location Monitoring Data, ECF No. 74, is **GRANTED**.

It is **FURTHER ORDERED** that the U.S. Pretrial Services in the Southern District of Texas **SHALL PRODUCE** Defendant's GPS location data from February 18, 2026 thru and including February 19, 2026, to the United States Attorney's Office in the Eastern District of Michigan.

It is **FURTHER ORDERED** that the United States Attorney's Office in the Eastern District of Michigan is **AUTHORIZED TO SHARE** Defendant's GPS

location data with the Houston Police Department in furtherance of its investigation in the case of *Texas v. Braylon Marshall*, Case Nos. 1953801-803, pending in the Harris County District Court.

**This is not a final order and does not close the above-captioned case.**

/s/ Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 5, 2026