FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 10/27/2025

On October 16, 2025 Braylon MARSHALL and Darryl EDWARDS were arrested by the United States Border Patrol (USBP) for outstanding warrants for bank robbery issued in the Eastern District of Michigan. MARSHALL and EDWARDS were in a Silver Jeep Grand Cherokee (V1) at the time of the arrest. MARSHALL and EDWARDS were taken into custody and booked at the Hudspeth County Jail. V1 was towed to the Hudspeth County impound lot for storage. On October 17, 2025 MARSHALL and EDWARDS were transported to the El Paso County Jail by FBI Special Agents to be booked on the federal warrant. On October 20, 2025 V1 was towed from the Hudspeth County Impound lot to the FBI El Paso Field Office located at 660 S Mesa Hills Dr, El Paso Texas 79912.

On October 22, 2025 FBI Special Agents (SA) Jessika Wade and Brian M. Warstadt conducted an inventory search of the silver Jeep Grand Cherokee Texas License Plate: [redacted]004. Staff Operations Specialist (SOS) Gilberto Valencia photographed the vehicle and the finding of the search. The following items were located in the vehicle:

1. Gold tow chains with black hooks in a red Harbor Freight Bucket
2. black Mid-calf length leggings
3. Black T-shirt consistent with catering logo on front and back
4. Camouflage Ski mask
5. Black gloves
6. other miscellaneous clothing in suitcases

Items one through five were seized and submitted to the El Paso Evidence Control Room. An FD-653 inventory search form and photos are maintained as 1As.

Investigation on 10/22/2025 at El Paso , Texas, United States (In Person)

File # [redacted] Date drafted 10/22/2025

by Brian M. Warstadt, Gilberto C. Valencia, Jessika Wade

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.